RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 19 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C ATLANTA

Date: 03/19/2021
JAMES N. HATTEN, Clerk
By: s/R. Bachelor
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

UNITED STATES DEPARTMENT OF THE TREASURY

(Plaintiff);

v.

SEIZED FEDERAL SECURITIES

(Defendants).

Case No. 1:21-cv-717

_____/

ORDER AND WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY OTHER AUTHORIZED PERSON

WHEREAS, the United States Department of the Treasury has filed a Complaint; Forfeiture In Rem against the defendant property as specified in paragraph five of the complaint; and,

WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an Warrant for Arrest In Rem for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the Warrant for Arrest In Rem must be delivered to a person or organization authorized to execute it who may be a Marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE HEREBY COMMANDED to arrest the defendant property as soon as practicable by serving a copy of this Warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further notice of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the Court, have caused the foregoing Warrant for Arrest in Rem to be issued pursuant to the authority of Supplemental Rule G(3)(b)(i).

Signed:_____

Clerk of the Court
United States District Court