U.S.D.C. NO: 1:21-cv-00717-CAP

APPEAL NO:

TO: CLERK OF THE COURT

RE: FEDERAL CIV. RULE 70 ORDER

PROPOSE ORDER

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 07 2021

KEVIN␣WEIMER, Clerk
By: ␣␣␣␣␣␣ Deputy Clerk

RULE 70 ORDER

IT IS ORDER THAT THE U.S. MARSHALS AND ANY AUTHORIZED PERSON SHALL IMMEDIATELY PLACE THE DEFENDANT'S SEIZED FEDERAL SECURITIES PER ATTACHED WARRANTS INTO THE CUSTODY OF THE SUPREME COURT CLERK: SCOTT HARRIS AT THE DIRECTION OF FEDERAL TRUSTEE DUANE L. BERRY.

RECEIVED IN CLERK'S
U.S.D.C. - Atlanta
APR - 5 2021
JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 1:21-cv-00717-CAP-CCB |
| SEIZED FEDERAL SECURITIES, | § § § | |
| Defendant. | § § | |

WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED PERSON

WHEREAS, in a matter concerning the National Security of the United States in the above captioned action, the undersigned FEDERAL TRUSTEE, on behalf of the United States Department of the Treasury, has issued a warrant for arrest in rem regarding the recovery and investigation of classified tax records, documents, and banking information pursuant to the National Security Act. [See 50 U.S.C. § 3162(a)(1)]

WHEREAS, the undersigned FEDERAL TRUSTEE is authorized to issue this warrant and no further court action is required. [See 50 U.S.C. § 3162(a)(3)(A) and 26 U.S.C. § 6903]

Dated: March 11, 2021

DUANE L. BERRY
FEDERAL TRUSTEE
(26 USC § 6903)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Ave. NW
Washington, DC 20220

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S DEPARTMENT OF THE TREASURY | 1:21-cv-00717 CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | SUBPOENA/WARRANT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARTINS TOWING INC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
17180 DIX TOLEDO HWY, BROWNSTOWN, MI 48192

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

(SEE ATTACHED WARRANT)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 29 2021
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 39 | District to Serve No. E/MI | Signature of Authorized USMS Deputy or Clerk | Date 7/23/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Ashley Poore (Office Manager)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Same as above

Date 7/23/2021   Time 9:43 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy #31909

| Service Fee | Total Mileage Charges including endeavors) 14 miles / 1 endeavor | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: Served without Incident to Ashley Poore, Office Manager of Martins Towing INC. on 7/23/2021 @ 0943 hrs.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT    * 1 endeavor 7/27/2021
2. USMS RECORD           * 14 miles
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT   * 1 hour

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. DEPARTMENT OF THE TREASURY | 1:21-cv-00717-CAP |
| **DEFENDANT** | **TYPE OF PROCESS** |
| SEIZED FEDERAL SECURITIES | WARRANT |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CNN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 CNN Center, Atlanta, GA 30303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
      (General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: --- -- ----
DATE: 6/16/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A19 | No. A19 | Jain Baun | 7/8/21 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Banks

Address (complete only if different than shown above):
289 Culver Street
Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 13 Aug 21   Time: 1140 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| * | | | $492.24 | | $0.00 |

REMARKS:
1) 404-827-1500  2) legal dept 4-827-4987  3) CT Corp 289 Culver St. S Lawrenville
   General #                        Kelly
*See capture report for list of charges.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S District Court,
   Northern District of Georgia
   Clerk of the Court, Kevin Weiner
   75 Ted Turner Dr. SW
   Atlanta, Georgia 30303

   9590 9402 5975 0062 9100 55

2. Article Number (Transfer from service label)

   7020 0640 0001 9555 5984

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

CERTIFIED MAIL

7020 0640 0001 9555 5984

FROM:
UNITED STATES COURTS
U.S. DEPT. OF TREASURY
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, D.C. 20220

TO:
U.S District Court
Northern District of Georgia
Clerk of the Court, Kevin
75 Ted Turner Dr. SW
Atlanta, Ga 30303

CLEARED DATE OCT 07 2021
U.S. Marshals Service
Atlanta, GA 30303

U.S. POSTAGE PM 2-DAY
CLINTON 1 48038
OCT 04 21
AMOUNT $15
R2304W119

PRIORITY MAIL

PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2