IN THE UNITED STATES DISTRICT COURT

UNITED STATES DEPARTMENT OF

THE TREASURY,

Plaintiff

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 5 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

V.

SEIZED FEDERAL SECURITES,

AND ALL AUTHOURIZED PERSONS

Defendants

COMPLANT

PURSUANT TO FED. CIV. RULE 70

Plaintiff is entitled to an ORDER IN THIS District, ALL AUTHUORIZED PERSONS and the U.S. Marshals in this District, to return Defendants SEIZED FEDERAL SECURITIES back to the custody of the Plaintiff.

[See ATTACHED executed Warrant Forms U.S.M.-285.]

DATE: _____                    _____

THE UNITED STATES DEPARTMENT OF THE TREASURY

1500 Pennsylvania Ave. N.W.

Washington, D.C. 20220

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S DEPARTMENT OF THE TREASURY | 1:21-cv-00717 CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | SUBPOENA/WARRANT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Martins Towing Inc
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1710 Dix Toledo Hwy, Brownstown, MI 48183

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
      (General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

Number of process to be served with this Form 285: 2
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

(SEE ATTACHED WARRANT)

**FILED IN CLERK'S OFFICE**
**U.S.D.C. - Atlanta**
**JUL 29 2021**
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 39 | District to Serve No. E/MI | Signature of Authorized USMS Deputy or Clerk [signature] | Date 7/23/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
Ashley Peare (Office Manager)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)
Same as above

Date 7/23/2021   Time 9:43 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy [signature] #31901

| Service Fee | Total Mileage Charges including endeavors) 14 miles/1 endeavor | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) $0.00 |
|---|---|---|---|---|---|

REMARKS: Served without incident to Ashley Peare, Office Manager of Martins Towing INC. on 7/23/2021 @ 0943 hrs.
* 1 endeavor 7/27/2021
* 14 miles
* 1 hour

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT *: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** U.S. DEPARTMENT OF THE TREASURY | **COURT CASE NUMBER** 1:21-cv-00717-CAP |
| **DEFENDANT** SEIZED FEDERAL SECURITIES | **TYPE OF PROCESS** WARRANT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: CNN
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1 CNN Center, Atlanta, GA 30303

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: 

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: --- -- ----
DATE: 6/16/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
- Total Process: 1
- District of Origin No.: A19
- District to Serve No.: A19
- Signature of Authorized USMS Deputy or Clerk: [signature] Jain Bann
- Date: 7/8/21

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Linda Banks

Address (complete only if different than shown above): 289 Culver Street, Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 13 Aug 21  Time: 11:40 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| * | | | $492.24 | | $0.00 |

**REMARKS:** 1) 404-827-1500 General # 2) legal dept 4-827-4987 Kelly 3) CT Corp 289 Culver St. S, Lawrenceville

* See capture report for list of charges.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

**Richard B. Russell Federal Building**
**ATTN:CLERKS OFFICE**
**2211 United States Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3309**

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 5 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

U.S. POSTAGE PAID
PM 2-Day
CLINTON TOWNSHIP, MI
48038
OCT 26, 21
AMOUNT
**$15.50**
R2304W119904-21

FROM: CV

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 28 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

TO:
U.S. District Court
Central District of California
Clerk of Court: Kiry Gray
350 W. 1st St. Suite 4311
Los Angeles, CA. 90012-4565

CERTIFIED MAIL

7020 0640 0001 9556 0247

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NEOPOST
10/29/2021
US POSTAGE $001.56⁰

FIRST-CLASS MAIL

ZIP 90012
041M11461109

CLEARED DATE
NOV 05 021
U.S. ...
Atlanta, ...